# IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

I, MELISSA DUCKWORTH, CIRCUIT CLERK OF COVINGTON COUNTY DO HEREBY CERTIFY THAT THE WITHIN ATTACHED PAPERS ARE ALL A TRUE AND CORRECT COPY OF PAPERS FILED AND OF RECORD IN THE FOLLOWING CAUSE NO. 2021-130C-1 TOTAL NUMBER OF PAGES 13.

GIVEN UNDER MY HAND AND SEAL THIS THE 1st DAY OF November, 2021.

**MELISSA DUCKWORTH**
**COVINGTON COUNTY**
**CIRCUIT CLERK**

BY: _____

EXHIBIT B

```
  1    General Docket, Civil Cases, Circuit Court, Covington County Circuit C
=========================================================================
No. 2021-130C                                           CFN    7900

SELLERS, MAE                              Counsel for Plaintiff
  VS.                                     Clarence Mcdonald Leland
                                          Counsel for Defendant
VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA INC

                                          JUDGE Eddie H. Bowen
=========================================================================
  DATE
-------------------------------------------------------------------------
 6/21/21  COMPLAINT
 6/22/21  SUMMONS ISSUED TO ATTORNEY (3)
10/15/21  MOTION FOR MORE TIME TO SERVE DEFENDANTS
10/15/21  ORDER GRANTING MORE TIME TO SERVE DEFENDANTS
10/22/21  ORDER GRANTING MORE TIME TO SERVE DEFENDANTS
```

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                          PLAINTIFF

VS.                                                    CAUSE NO. 2021-130C-1

**FILED**
**COVINGTON COUNTY**

VOLKSWAGEN AG,
VOLKSWAGEN OF AMERICA, INC. and                        **OCT 22 2021**
VOLKSWAGEN OF AMERICA CHATTANOOGA
OPERATIONS, LLC                       MELISSA DUCKWORTH, CIRCUIT CLERK DEFENDANTS

BY_____D.C.

### ORDER GRANTING MORE TIME TO SERVE DEFENDANTS

THIS DAY this caus came on for hearing on the plaintiff's Motion For More Time To

Serve Defendants and the Court having reviewed the pleadings finds as follows:

1.      That defendant Volkswagen AG is a foreign corporation that must be served

through the Hague.

2.      That plaintiff has begun the process of having the corporation served through the

Hague but service has not been perfected.

3.      That it is estimated that service will take an additional three months to perfect.

4.      This motion is not for the purpose of delay.

5.      That the plaintiff's motion is well taken and should be granted for good cause

shown

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff should be and is

hereby granted an additional ___120___ days to serve defendants.

This the _22nd_ day of October, 2021.

_____
CIRCUIT JUDGE

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                                    PLAINTIFF

VS.                                      **F I L E D**   CAUSE NO. 2021-130C-1
                                         COVINGTON COUNTY

VOLKSWAGEN AG,                               **OCT 15 2021**
VOLKSWAGEN OF AMERICA, INC. and
VOLKSWAGEN OF AMERICA CHATTANOOGA DUCKWORTH, CIRCUIT CLERK
OPERATIONS, LLC          BY_____D.C.   DEFENDANTS

### ORDER GRANTING MORE TIME TO SERVE DEFENDANTS

THIS DAY this caus came on for hearing on the plaintiff's Motion For More Time To

Serve Defendants and the Court having reviewed the pleadings finds as follows:

1.      That defendant Volkswagen AG is a foreign corporation that must be served

through the Hague.

2.      That plaintiff has begun the process of having the corporation served through the

Hague but service has not been perfected.

3.      That it is estimated that service will take an additional three months to perfect.

4.      This motion is not for the purpose of delay.

5.      That the plaintiff's motion is well taken and should be granted for good cause

shown

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff should be and is

hereby granted an additional __120__ days to serve defendants.

This the __15__ day of October, 2021.

_____
CIRCUIT JUDGE

Presented by:

Clarence McDonald Leland MB# 9739
Clarence McDonald Leland, Ltd.
204 Mary Ann Drive (39042)
P.O. Box 1466
Brandon, Mississippi 39043
Telephone (601) 825-7978
Facsimile (601) 825-4645

and

Lundy, Lundy, Soileau & South LLP
Hunter W. Lundy MB# 1495
501 Broad Street (70601)
Post Office Box 3010
Lake Charles, Louisiana 70602
Telephone (337) 439-0707
Facsimile (337) 439-1029
Lake Charles, Louisiana 70602

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                    PLAINTIFF

VS.                                                CAUSE NO. _2021-130C-1_

VOLKSWAGEN AG
VOLKSWAGEN OF AMERICA, INC. and
VOLKSWAGEN OF AMERICA CHATTANOOGA
OPERATIONS, LLC                                               DEFENDANTS

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:    VOLKSWAGEN OF AMERICA, INC.
       % Corporation Service Company
       7716 Old Canton Road, Suite C,
       Madison, MS 39110

**NOTICE TO DEFENDANT**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the complaint to
Clarence McDonald Leland, the attorney for the plaintiff, whose street address is 204 Mary Ann
Drive (39042), Post Office Box 1466 Brandon, Mississippi 39043. Your response must be
mailed or delivered within thirty (30) days from the date of delivery of this summons and
complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this _21_ day of June, 2021.

MELISSA DUCKWORTH, CIRCUIT CLERK

_Melissa Duckworth_

BY: DEPUTY CLERK

VOLKSWAGEN OF AMERICA, INC.

I the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

___ **PERSONAL SERVICE.** I personally delivered copies to _____ on the ____ day of _____, 2021 , where I found said person(s) in _____ County of the State of Mississippi.

___ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons and complaint on the _____ day of _____,2021, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at this or her usual place of abode where the copies were left.

___ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person or corporation served.

Fee for service: $_____

Name_____
Address_____
_____
Telephone No._____

State of Mississippi
County of_____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

Sworn to and subscribed before me this the _____ day of _____, 2021.

My Commission Expires:                    _____
                                          Notary Public

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                          PLAINTIFF

VS.                                              CAUSE NO. _2021-130C-1_

VOLKSWAGEN AG,
VOLKSWAGEN OF AMERICA, INC. and
VOLKSWAGEN OF AMERICA CHATTANOOGA
OPERATIONS, LLC                                                     DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    VOLKSWAGEN AG

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the complaint to Clarence McDonald Leland, the attorney for the plaintiff, whose street address is 204 Mary Ann Drive (39042), Post Office Box 1466 Brandon, Mississippi 39043. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this _21_ day of June, 2021.

MELISSA DUCKWORTH, CIRCUIT CLERK

_Melissa Duckworth_
BY: DEPUTY CLERK

VOLKSWAGEN AG

I the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

___ **PERSONAL SERVICE.** I personally delivered copies to _____ on the ____ day of _____, 2021 , where I found said person(s) in _____ County of the State of Mississippi.

___ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons and complaint on the _____ day of _____,2021, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at this or her usual place of abode where the copies were left.

___ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person or corporation served.

Fee for service: $_____

Name_____
Address_____

_____
Telephone No._____

State of Mississippi
County of _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

Sworn to and subscribed before me this the _____ day of _____, 2021.

_____
My Commission Expires:                         Notary Public

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                         PLAINTIFF

VS.                                                CAUSE NO. _2021-130C-1_

VOLKSWAGEN AG
VOLKSWAGEN OF AMERICA, INC. and
VOLKSWAGEN OF AMERICA CHATTANOOGA
OPERATIONS, LLC                                                    DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:   VOLKSWAGEN OF AMERICA CHATTANOOGA OPERATIONS LLC
      % Corporation Service Company
      2908 Poston Avenue
      Nashville, Tennessee 37203-1312

<u>NOTICE TO DEFENDANT</u>

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the complaint to Clarence McDonald Leland, the attorney for the plaintiff, whose street address is 204 Mary Ann Drive (39042), Post Office Box 1466 Brandon, Mississippi 39043. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this _21_ day of June, 2021.

                                        MELISSA DUCKWORTH, CIRCUIT CLERK

                                        _Melissa Duckworth_
                                        BY: DEPUTY CLERK

VOLKSWAGEN OF AMERICA CHATTANOOGA OPERATIONS, LLC

     I the undersigned process server, served the Summons and Complaint  upon the person or entity named above in the manner set forth below:

     __ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

     __ **PERSONAL SERVICE.** I personally delivered copies to _____ on the ____ day of _____, 2021 , where I found said person(s) in _____ County of the State of Mississippi.

     __ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi.  I served the summons and complaint on the _____ day of _____,2021, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at this or her usual place of abode where the copies were left.

     __ **CERTIFIED MAIL SERVICE.**  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person or corporation served.

     Fee for service: $_____

     Name_____
     Address_____
     _____
     Telephone No._____

State of Mississippi
County of _____

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

     Sworn to and subscribed before me this the _____ day of _____, 2021.

My Commission Expires:                        _____
                                   Notary  Public

IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

MAE SELLERS                                                                    PLAINTIFF

VS.                                                   CAUSE NO. *2021-130C-1*

VOLKSWAGEN AG,
VOLKSWAGEN OF AMERICA, INC. and
VOLKSWAGEN OF AMERICA CHATTANOOGA          **JUN 21 2021**
OPERATIONS, LLC                                                     DEFENDANTS

**FILED**
COVINGTON COUNTY

MELISSA DUCKWORTH, CIRCUIT CLERK
COMPLAINT                    BY_____ D.C.

COMES NOW MAE SELLERS, and files this, her Complaint for damages, and for cause

would show unto the Court the following:

PARTIES

1.    Plaintiff is an adult resident citizen of the State of Mississippi and has been for

many years.

2.    Made defendants herein are Volkswagen AG, a German conglomerate that may be

served wherever it may be found,  Volkswagen Group of America, Inc. which may be served by

serving its Agent for Service of Process Corporation Service Company, 7716 Old Canton Road,

Suite C, Madison, MS 39110; Volkswagen Group of America Chattanooga Operations, LLC

which may be serve by serving its agent for service of process which is Corporation Service

Company, 2908 Poston Avenue, Nashville, Tennessee 37203-1312

FACTS

3.    Mae Sellers is the owner of a 2013 Volkswagen Passat manufactured by

Volkswagen Group of America Chattanooga Operations, LLC.

4.    Mae was driving her 2013 Volkswagen Passat lawfully and prudently in

1

accordance with all applicable rules and regulations when suddenly and without warning she had a blowout of the driver side rear tire.

5.      There was no impact with any object and nothing to cause the airbag to deploy but the side airbags deployed when the tire blew out.

6.      The driver side airbag deployed with great force and injured Mae Sellers' neck, shoulder and  back which has caused her great pain and suffering, depression, loss of sleep, loss of earnings and has contributed to her disability and inability to work as well as other injuries to be proven at a trial on the merits.

7.      The defective design and composition of the airbag system required Mae Sellers to become liable for thousands of dollars in medical expenses which will continue into the future.

6.      The 2013 Volkswagen Passat that Mae Sellers bought and was driving when the driver side airbag deployed was defectively designed and manufactured in one or more of the following ways:

       a.      the vehicle was unreasonably and dangerously defective in construction and composition;

       b.      the vehicle was unreasonably dangerous and defective in design;

       c.      the vehicle was unreasonably and dangerously defective because an adequate warning about the vehicle was not provided;

       d.      the vehicle was unreasonably dangerous and defective because it did not conform to an express warranty of the manufacturer;

       e.      the airbag system was unreasonably dangerous and defective in design and composition;

2

f.    the airbag system was unreasonably dangerous and defective in design;

g.    the airbag system was unreasonably dangerous and defective as it deployed when there was no side impact, only a tire blowout.

7.    Upon information and belief the 2013 Volkswagen Passat contained an airbag system subject to a recall that has been announced but is not set to begin until January 1, 2025.

8.    Volkswagen defendants were aware of the defects but failed to notify the owners of the 2013 Volkswagen Passats of their defective and unreasonably dangerous conditions affecting the airbag system.

9.    The Volkswagen defendants are liable for punitive damages and attorney fees in that the intentionally did not notify the defendant of the defective and unreasonably dangerous condition that they were aware of.

WHEREFORE, PREMISES CONSIDERED, plaintiff Mae Sellers demands judgment of and from defendants in an amount sufficient to compensate her for her injuries and medical expenses she has incurred, past, present and future, the extent of which damages to be proven at a trial on the merits, for punitive damages, attorney fees, costs of this action and for such other relief to which she may be entitled in the premises, legal, equitable, general or specific.

Respectfully submitted,
MAE SELLERS

Clarence McDonald Leland MB# 9739

3

Clarence McDonald Leland, Ltd.
204 Mary Ann Drive (39042)
P.O. Box 1466
Brandon, Mississippi 39043
Telephone (601) 825-7978
Facsimile (601) 825-4645

and

Lundy, Lundy, Soileau & South LLP
Hunter W. Lundy MB# 1495
501 Broad Street (70601)
Post Office Box 3010
Lake Charles, Louisiana 70602
Telephone (337) 439-0707
Facsimile (337) 439-1029
Lake Charles, Louisiana 70602

4