IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MAE SELLERS                                                                                         PLAINTIFF

VS.                                                           CIVIL ACTION NO. 2:21-cv-00148-HSO-BWR

VOLKSWAGEN OF AMERICA, INC.                                                            DEFENDANTS
and VOLKSWAGEN OF AMERICA
CHATTANOOGA OPERATIONS, LLC

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the agreement and joint *ore tenus* motion of the parties to dismiss all pending claims of all parties in this matter with prejudice, with the parties having announced that this cause has been fully compromised and settled, that there remain no issues to be litigated or determined by the Court, and that each party is to bear their own costs in this matter. The Court being fully advised in the premises, finds that the motion to dismiss this cause with prejudice should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED:

s/ Clarence McDonald Leland
Clarence McDonald Leland
Counsel for Plaintiff Mae Sellers


s/Jennifer A. Rogers
Jennifer A. Rogers
Counsel for Defendants
the Volkswagen Defendants